## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHLEE and RUBY HENDERSON, a married couple) and L.W.C.H., by his parent and next friend Ruby Henderson, *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> KRISTINA BOX, in her official capacity as Indiana State Health Commissioner, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) No. 1:15-cv-220-TWP-MJD <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER GRANTING UNOPPOSED THIRD MOTION TO EXTEND TIME TO FILE FOR ATTORNEYS' FEES AND COSTS**

Plaintiffs' attorneys Mann Law, P.C., having filed their Unopposed Motion to Extend Time to File for Attorneys' Fees and Costs, and the Court having reviewed said motion and being duly advised now finds that it shall be granted.

IT IS THEREFORE ORDERED that Mann Law, P.C. is granted an extension of time to file for attorney fees until July 2, 2021.

Date: 5/3/2021

*[Signature]*
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via CM/ECF