# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHLEE and RUBY HENDERSON a married couple ) | |
| and L.W.C.H., by his parent and next friend ) | |
| Ruby Henderson, *et al.,* ) | |
| ) No. 1:15-cv-220-TWP-MJD | |
| Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| KRISTINA BOX, in her official capacity as ) | |
| Indiana State Health Commissioner, *et al.,* ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT OF ATTORNEY FEES

Comes now Plaintiffs by counsel, Richard Mann and Megan Gehring (Mann Law), and hereby give Notice that Mann Law and Defendants have reached a settlement of attorney fees in this matter.

Respectfully submitted,

| | |
|---|---|
| /s/ *Richard A. Mann* | /s/ *Megan Gehring* |
| Richard A. Mann | Megan Gehring |
| Mann Law, P.C. | Mann Law, P.C. |
| 3750 Kentucky Ave. | 3750 Kentucky Ave. |
| Indianapolis, IN 46221 | Indianapolis, IN 46221 |
| Tel: (317) 388-5600 | Tel: 317-388-5600 |
| Fax: (317) 388-5630 | Fax: 317-388-5630 |
| E-mail: RMann@mannlaw.us | Email: MGehring@mannlaw.us |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Notice Settlement of Attorney Fees* was filed electronically on the 23rd day of June, 2021. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.


*/s/Richard A. Mann*