UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHLEE and RUBY HENDERSON a married couple and L.W.C.H., by his parent and next friend Ruby Henderson, *et al.*, <br><br>                   Plaintiffs <br><br>        v. <br><br>KRISTINA BOX, in her official capacity as Indiana State Health Commissioner, *et al.*, <br><br>                  Defendants. | ) ) ) ) ) No. 1:15-cv-220-TWP-MJD ) ) ) ) ) ) ) ) |

> Acknowledged. The Court notes that his case remains closed and there are no pending motions.
> TWP
> 6-24-2021

**NOTICE OF SETTLEMENT OF ATTORNEY FEES**

Comes now Plaintiffs by counsel, Richard Mann and Megan Gehring (Mann Law), and hereby give Notice that Mann Law and Defendants have reached a settlement of attorney fees in this matter.

Respectfully submitted,

| | |
|---|---|
| /s/ *Richard A. Mann* <br> Richard A. Mann <br> Mann Law, P.C. <br> 3750 Kentucky Ave. <br> Indianapolis, IN 46221 <br> Tel: (317) 388-5600 <br> Fax: (317) 388-5630 <br> E-mail: RMann@mannlaw.us | /s/ *Megan Gehring* <br> Megan Gehring <br> Mann Law, P.C. <br> 3750 Kentucky Ave. <br> Indianapolis, IN 46221 <br> Tel: 317-388-5600 <br> Fax: 317-388-5630 <br> Email: MGehring@mannlaw.us |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Notice Settlement of Attorney Fees* was filed electronically on the 23rd day of June, 2021. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/Richard A. Mann*